An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARINA M. CALOVE,
> Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,
> Respondent.

No. 69137

**FILED**

NOV 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting summary judgment in a judicial foreclosure action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order granting summary judgment was entered October 10, 2014, and written notice of entry was served by mail on October 10, 2014. The notice of appeal was filed November 4, 2015, over a year after the entry of the judgment. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-35970

cc: Hon. Ronald J. Israel, District Judge
Marina M. Calove
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A